MARTÍNEZ, DEMANDANTE Y APELANTE, *v.* SUCESIÓN LAURIDO ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Arecibo en un caso sobre cobro de una cantidad de dinero.

No. 1143.—Resuelto en junio 22, 1914.

DESESTIMACIÓN DE APELACIÓN—DEMANDADOS REBELDES NO CONDENADOS EN LA SENTENCIA—PARTE CONTRARIA INTERESADA—NOTIFICACIÓN DEL ESCRITO DE APELACIÓN.—Cuando el escrito de apelación no ha sido notificado a algunos de los demandados emplazados que no han comparecido y a quienes se les ha anotado la rebeldía, pero contra los cuales la corte se ha negado a dictar sentencia condenando solamente a otros demandados que se allanaron a la demanda, debe desestimarse la apelación, pues tales demandados rebeldes son parte contraria interesada con derecho a que se les notifique el escrito de apelación.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. A. Suliveres.*

Los apelados no comparecieron.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta es una acción sobre cobro de pesos en la cual figuran como demandados un gran número de personas. Algunos de ellos contestaron la demanda. y aceptaron el derecho del demandante al cobro reclamado. Los otros, después de haber sido emplazados, no comparecieron y se les anotó la rebeldía. La contestación de los que se allanaron a los derechos del demandante fué presentada por el Abogado J. Gregory. El no representaba a ninguno de los demandados rebeldes. Después de celebrado el juicio, la corte dictó sentencia definitiva contra todos los demandados que se allanaron a los derechos del demandante y asimismo dictó sentencia a favor de los demandados rebeldes, cuya sentencia, por tanto, en cuanto a tales demandados rebeldes es en contra del demandante.

El escrito de apelación en este caso está dirigido al secretario de la corte y en él se dice que el demandante no estando conforme con la sentencia recaída en este caso, apela de toda dicha sentencia, dando copia de dicho escrito al abogado de los demandados que han comparecido en el litigio y además, contiene otras palabras dicho escrito que no hacen al caso. El citado abogado J. Gregory acusó recibo de una copia de dicho escrito. Los demandados rebeldes a pesar de ser conocidos al demandante y de haber sido emplazados al principio, no fueron notificados del escrito de apelación. Los demandados representados por el abogado Gregory son los que habían comparecido y se allanaron a la reclamación del demandante. Ellos no tenían ningún otro interés real en impugnar este litigio. Pero los demandados rebeldes contra los cuales el tribunal se negó a dictar sentencia sí tenían interés en sostener la sentencia en la forma en que había sido pronunciada. Eran partes contrarias y tenían el derecho a que se les notificara la apelación. Sección 296 del Código. de Enjuiciamiento Civil. Por falta de notificación a dichas par-

tes rebeldes interesadas, la apelación debe ser desestimada. *Candelas* v. *Ramírez et al.,* 20 D. P. R., 12.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.